**Law Offices of RON PETERS**
Ron Peters (SBN: 45749)
50 Fullerton Court, Suite 207
Sacramento, California 95825
Telephone: (916) 922-9270
Facsimile: (916) 922-2465

**Attorney for**
**Oscar Sauceda Cuevas**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> SAUL CUEVAS, and ) <br> OSCAR SAUCEDA CUEVAS, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 2:08-cr-00565-MCE <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE |

    **IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd Leras, and Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the sentencing scheduled for June 9, 2011 at 9:00 am be continued to August 4, 2011 at 9:00 a.m and that the defendant's objections to the pre sentencing report shall be extended to June 23, 2011.

    All parties need additional time to research issues relating to criminal history and possible Safety Vale eligibility. The defendant also needs additional time to meet with defendant's former state criminal defense attorney to explore circumstances regarding the entry of a category one crime. The government and both defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    U.S. Attorney Todd Leras agree to this request and has authorized Ron Peters to sign this stipulation on his behalf.

1

DATE: May 9, 2011                    By: /s/ Ron Peters
                                     RON PETERS
                                     Attorney for Defendant
                                     OSCAR SAUCEDA CUEVAS

DATE: May 9, 2011                    By: /s/ Ron Peters for
                                     TODD D. LERAS
                                     Assistant U.S. Attorney

**IT IS HEREBY ORDERED**

1. The sentencing now set for May 9, 2011 is continued to August 4, 2011 at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including August 4, 2011

IT IS SO ORDERED.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE