**Law Offices of RON PETERS**
**Ron Peters (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone: (916) 922-9270**
**Facsimile: (916) 922-2465**

**Attorney for**
**OSCAR SAUCEDA CUEVAS**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. S-08-565 MCE |
| Plaintiff,  ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v.  ) | CONFERENCE |
| ) | |
| SAUL CUEVAS, and  ) | |
| OSCAR SAUCEDA CUEVAS,  ) | |
| Defendants.  ) | |

    **IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, by and through Acting United States Attorney Lawrence G. Brown and Assistant U.S. Attorney Todd Leras, and Attorney Ron Peters, Counsel for Defendant Oscar Sauceda Cuevas, that the sentencing scheduled for September 29, 2011 at 9:00 am be continued to November 3, 2011 at 9:00 a.m.

    All parties need additional time to research issues relating to criminal history and possible Safety Vale eligibility. The defendant also needs additional time to meet with defendant's former state criminal defense attorney to explore circumstances regarding the entry of a category one crime. The government and both defendants agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    U.S. Attorney Todd Leras agree to this request and has authorized Ron Peters to sign this stipulation on his behalf.

| | |
|---|---|
| DATE: September 28, 2011 | By: /s/ Ron Peters<br>RON PETERS<br>Attorney for Defendant<br>OSCAR SAUCEDA CUEVAS |
| DATE: September 28, 2011 | By: /s/ Ron Peters for<br>TODD D. LERAS<br>Assistant U.S. Attorney |

**IT IS HEREBY ORDERED**

1. The sentencing now set for September 29, 2011 is continued to November 3, 2011 at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including November 3, 2011.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE