UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR SAUCEDA CUEVAS,<br><br>Defendant. | No. 2:08-cr-565-MCE<br><br><br><br>ORDER |

On December 2, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 2, 2014 (ECF No. 72), are ADOPTED; and

///

///

///

2. Defendant's motion for return of property (ECF No. 65) is DENIED.

IT IS SO ORDERED.

Dated: January 14, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT